IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

*FILED*
*RECEIVED*

DEC 0 5 2000

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. A00CA056JN |
| | ) |
| TEXAS DEPARTMENT OF HEALTH, | ) |
| | ) |
| Defendant. | ) |

## AGREED ORDER OF DISMISSAL

This Court has considered the Joint Motion for Dismissal of Action filed by Plaintiff, the Equal Employment Opportunity Commission, and Defendant, the Texas Department of Health to dismiss this action with prejudice. The Court finds that the Settlement Agreement which is marked as Exhibit "A" to the Joint Motion for Dismissal of Action, and which is incorporated by reference into this Agreed Order, has been signed by the parties and that all claims between the parties have been resolved.

It is therefore ORDERED that this case is dismissed with prejudice. It is further ORDERED that each party shall bear its own costs and attorneys's fees incurred in this action.

Signed on **DEC. 4,** , 2000.

HONORABLE JAMES R. NOWLIN
CHIEF UNITED STATES DISTRICT JUDGE